AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT

2021 JAN 22 PM 4:34

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>U.S. Postal Service Priority Mail parcel 9505 5156 2988 1004 5933 99 addressed to "Jennifer Wilson, 2143 River Run Trace, Columbus, Ohio 43235 | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:21 mj 011 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____Ohio_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before   January 26, 2021   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Elizabeth Preston Deavers, Chief U.S. Magistrate Judge  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   January 12, 2021 at 2:05pm   _____
*Judge's signature*

City and state:   Columbus, Ohio   Elizabeth Preston Deavers, Chief U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 2:21 mj011 | Date and time warrant executed: 01/12/2021 3:30PM | Copy of warrant and inventory left with: N/A (Parcel Warrant) |
| Inventory made in the presence of: Whitehall PD Detective John Slosser |||

Inventory of the property taken and name of any person(s) seized:

- 2 individually wrapped bags containing suspected marijuana
- Total weight, approximately 973.6 grams

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01/21/2021

Dominic Francis
*Executing officer's signature*

Dominic Francis, USPS-OIG Special Agent
*Printed name and title*

Attachment A

U.S. Postal Service Priority Mail parcel 9505 5156 2988 1004 5933 99 addressed to "Jennifer Wilson, 2143 River Run Trace, Columbus, Ohio 43235"

Attachment B

1.) Any controlled substances which constitute evidence of violations of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846.
2.) United States currency and/or drug proceeds